**Order entered July 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01640-CR

### STEVE ACOSTA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-55987-M**

## ORDER

The Court **REINSTATES** the appeal.

On April 22, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel timely requested preparation of the record; (4) Belinda Baraka is the court reporter who recorded the proceedings; (5) Ms. Baraka's explanation for the delay in filing the record is her workload; and (6) Ms. Baraka requested until August 1, 2014 to file the reporter's record.

We **ORDER** Belinda Baraka, official court reporter of the 194th Judicial District Court, to file the reporter's record in this appeal by **AUGUST 1, 2014**. Because the record is now four months overdue, no further extensions will be granted. If the record is not filed by the date

specified, the Court will order that Belinda Baraka not sit as a court reporter until the record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
         JUSTICE